UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION      21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE
CENTER DISASTER LITIGATION

**ENTERED**

## RETURN OF SERVICE

Service of the Summons and Complaints[1] was made by me[2]       DATE  4/3/06

NAME OF SERVER (PRINT)  OLUF OZDEMIR       TITLE  SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

BREEZE CARTING CORP
31 Bay Street
Brooklyn, NY 11231

For the following Defendant(s):

BREEZE CARTING CORP

### STATEMENT OF SERVICE FEES

TRAVEL              SERVICES              TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/06
             Date                                     Signature of Server

                                           115 Broadway, NY, NY 10006
                                                   Address of Server

MICHELLE McDOWELL
Notary Public, State of New York
No. 01MC6140024
Qualified in Richmond County
Commission Expires Jan. 17, ____

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## RIDER

| | |
|---|---|
| Loren Whitfield, et ano | 05CV1427 |
| Gabriele Pacino | 05CV1428 |
| Michael Marano, et ano | 05CV1465 |
| Joseph Mannino, et ano | 05CV1468 |
| Fran Martin | 05CV1474 |
| Fred Manzolillo | 05CV1476 |
| Luis Ramos | 05CV1479 |
| Victor Thompson, et ano | 05CV1483 |
| John Warren, et ano | 05CV1494 |
| William Walker, et ano | 05CV1505 |
| James Ward, et ano | 05CV1508 |
| Jamal Williams | 05CV1604 |
| Patricia Sciabarassi, et ano | 05CV1641 |
| Anthony P. Roy, et ano | 05CV1644 |
| Charles Maxwell, et ano | 05CV1646 |
| Michael Stacey, et ano | 05CV1649 |
| Ernest Vallebuona, et ano | 05CV1677 |
| Eladio Quiles, et ano | 05CV1708 |
| Joseph Palacino, et ano | 05CV1776 |
| Lori Mazzeo, et ano | 05CV1777 |
| William Loening, et ano | 05CV1782 |
| Felix Perez, et ano | 05CV1786 |
| William Serpe, et ano | 05CV1789 |
| Michael Greene | 05CV2034 |
| James Connolly, et ano | 05CV2284 |
| Victor Pierre, et ano | 05CV2499 |
| Raul Weeks, et ano | 05CV2551 |
| William Ziegelmeier | 05CV4217 |
| Terrence Ryan | 05CV679 |
| William Favata | 114726/04 |