UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION        21 MC 100 (AKH)

ENTERED

THIS DOCUMENT APPLIES TO ALL WORLD TRADE
CENTER DISASTER LITIGATION

## RETURN OF SERVICE

Service of the Summons and Complaints' was made by me[2]    DATE 2/23/06

NAME OF SERVER (PRINT) BRIAN CROSBY    TITLE SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Andrew Gibbs
Cozen O'Connor
1 Newark Center, Suite 1900
Newark, NJ 07102-

JEANETTE CARLO

For the following Defendant(s):

TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; AND TISHMAN CONSTRUCTION CORPORATION OF NEW YORK

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/23/06
              Date                                    Signature of Server

_____
Address of Server

MICHELLE McDOWELL
Notary Public, State of New York
No. 01MC6140024
Qualified in Richmond County
Commission Expires Jan. 17,

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Rider

| | |
|---|---|
| Richard J. Volpe | 04 CV 4177 |
| George Foris and Dorothy Foris | 04CV08867 |
| Michael J Clarke and Vienna Clarke | 04CV09846 |
| Donald Thompson and Renee E Thompson | 04CV8300 |
| Arthur S. Davis and Theresa Davis | 04CV8870 |
| Patrick Donaghy | 04CV9832 |
| John Martin and Geraldine A Martin | 04CV9842 |
| John Comerford and Christine Comerford | 04cv9848 |
| John Kear | 04cv9853 |
| Joseph O'Donnell and Deirdre O'Donnell | 05CV0841 |
| Nabil Hussain | 05CV0844 |
| Chaundolyne Mack | 05CV0846 |
| Maria E. Alvarez and Carlos Chavarriage | 05cv10135 |
| Patrick Mcvey | 05cv1066 |
| Robert Fleming and Leslie Fleming | 05cv1074 |
| Renee Berry and De'Andre Wilson | 05CV1095 |
| Nicholas Boscaino | 05cv1101 |
| Gregg Donato and Denise Donato | 05cv1105 |
| Anthony Giordano and Marisa Giordano | 05cv1107 |
| Chris Columbia and Alisa Columbia | 05cv1133 |
| John Urso and Stephanie Urso | 05CV1185 |
| Paul Mazzilli | 05CV1187 |
| Gary Mangiapia | 05CV1188 |
| Joseph Nolan and Lana Nolan | 05CV1213 |
| Robert Hutchinson and Christine Hutchinson | 05CV1215 |
| Don Hutchinson and Debra Hutchinson | 05cv1217 |
| James Francis and Karin A Francis | 05CV1229 |
| Hector Diaz and Linda P Diaz | 05CV1230 |
| Hector Fernandez and Carmen Fernandez | 05CV1231 |
| Angie Febres | 05CV1232 |
| Christopher Hynes and Lesley J Hynes | 05CV1233 |
| Thomas Imbornoni and Mary0 Imbornoni | 05CV1238 |
| Diomedes Ibanez and Daisy Blandon | 05CV1239 |
| Terrance Frontis | 05CV1245 |
| Jay Levine | 05CV1247 |
| Thomas O'Neill and Maria O'Neill | 05CV1248 |
| Paul Sorber and Dawn Marie Sorber | 05CV1271 |
| Walter Lane | 05CV1275 |
| Scott Lepre | 05CV1280 |
| John McGill and Sophie McGill | 05CV1283 |
| Joseph Picurro | 05CV1327 |
| Ivan Petters | 05cv1330 |
| Jevon Thomas and Barbara Thomas | 05CV1331 |
| Edward Patterson and Patricia Patterson | 05cv1336 |
| Carmen Velez and Francisco Velez | 05cv1338 |
| Thomas Vario | 05CV1347 |
| Eric Saxon | 05CV1362 |
| John Russo | 05CV1365 |
| Howard G Bennett and Donna Bennett | 05CV1424 |

## Rider

| | |
|---|---|
| Lorren Whitfield and Carolyn F Whitfield | 05cv1427 |
| Gabriele Pacino | 05cv1428 |
| Carlton Graham | 05cv1437 |
| Michael Marano and Terri Marano | 05cv1465 |
| Joseph Mannino and Carla Mannino | 05cv1468 |
| Fran Martin | 05cv1474 |
| Fred Manzolillo | 05cv1476 |
| Luis Ramos | 05cv1479 |
| Douglas Kenah and Janet Kenah | 05cv1481 |
| Victor Thompson and Mary Ann Thompson | 05cv1483 |
| John Warren and Sheryl Warren | 05cv1494 |
| Frank Danetra | 05cv1495 |
| William Walker and Marianne Walker | 05cv1505 |
| James Ward and Carole Ward | 05cv1508 |
| Jamal Williams | 05CV1604 |
| Steven Lanoce and susan Lanoce | 05CV1619 |
| Patricia Sciabarassi and Augustine Sciabarassi | 05CV1641 |
| Anthony P. Roy and Donna M Roy | 05CV1644 |
| Charles Maxwell and debbi Maxwell | 05CV1646 |
| Michael Stacey and Stephane Stacey | 05CV1649 |
| Kevin Martz and Stephanie Martz | 05cv1650 |
| Jeremy Fairweather | 05cv1659 |
| Ernest Vallebuona and Amy Vallebuona | 05cv1677 |
| Theodore Aviles and Iris Aviles | 05CV1683 |
| Leidis Montero | 05CV1691 |
| Eladio Quiles and Mariel Quiles | 05CV1708 |
| Kevin Burke and Lorraine Burke | 05cv1763 |
| Stuart Litwin and Bunilda Litwin | 05CV1771 |
| Joseph Palacino and Rose Palacino | 05CV1776 |
| Lori Mazzeo and Keith Loughlin | 05cv1777 |
| William Loening and Joann Patricia Loening | 05CV1782 |
| Felix Perez and Denise Perez | 05CV1786 |
| William Serpe | 05CV1789 |
| Nicholas Massab and Catherine M Massab | 05CV1795 |
| Michael Greene | 05CV2034 |
| Brian Glacken | 05CV2135 |
| James Connolly and Elizabeth Connolly | 05cv2284 |
| Conte Cuttino and Sonya Cuttino | 05CV2496 |
| Victor Pierre and Christine Pierre | 05CV2499 |
| Raul Weeks and Ana Weeks | 05CV2551 |
| William Doerler and Theresa Doerler | 05CV418 |
| Enrique Ali | 05CV421 |
| William Ziegelmeier | 05cv4217 |
| Richard Bittles | 05CV423 |
| Marco A Mendoza and Carolina Mendoza | 05CV4339 |
| Patrick Corbett | 05CV5601 |
| Terrence Ryan and Patricia Ryan | 05CV679 |
| Denise Garcia | 05cv8468 |
| Orlando Ocampo and Janneth Ocampo | 05cv9161 |

Rider

| | |
|---|---|
| Andrzej Lasica and Ewelina Lasica | 05cv9224 |
| Joseph Bencivenga and Lori Bencivenga | 05cv9328 |
| John O'Driscoll | 05CV9329 |
| Ana Lascano | 05cv9333 |
| Clarence Ferrell | 05cv9338 |
| Victor Ramrattan and Bibi Ramrattan | 05cv9340 |
| Gary Gaddist | 05cv9341 |
| James G Service and Rebecca Service | 05CV9397 |
| Joanne Riggs | 05cv9399 |
| John Morale | 05cv9400 |
| Salvatore Kalmeta and Rosemarie Kalmeta | 05cv9627 |
| Francis Henglein and Elizabeth Henglein | 05cv9628 |
| Ralston Burnett and Tracey Burnett | 05cv9630 |
| Christopher Pue | 05cv9631 |
| Patrick O'Connell and Mary O'Connell | 05cv9633 |
| Charles Yarton and Caroline Yarton | 05cv9634 |
| Jack Saltarella | 05cv9636 |
| Angel Vera and Margaret Vera | 05cv9637 |
| John Auer | 05cv9639 |
| William Strickland and Andrenna Strickland | 05cv9688 |
| Edward Scott | 05cv9690 |
| Robert Manuella and Hilda Manuella | 05cv9694 |
| Thomas Gironda | 05cv9696 |
| Domenick Crisci | 05cv9697 |
| William Hiller and Pamela Hiller | 05cv9698 |
| Rebeca Gallegos | 05cv9820 |
| Raul Allivar | 05cv9821 |
| Carmen Padilla | 05cv9822 |
| Aly Abdelrehim and Hala Morsy | 05cv9826 |
| Diane Bethea | 05cv9827 |
| Joseph Santapalo | 05cv9828 |
| Daniel Heinz and Linda Heinz | 05cv9862 |
| Joseph Orrico and Nicole Orrico | 05cv9867 |
| Louis Ancona | 05cv9871 |
| Reno Buttigieg and Jeanne Buttigieg | 05cv9876 |
| Michael Edwards and Ilene Edwards | 05cv9878 |
| Joseph Garone and Anne-Marie Garone | 05cv9879 |
| Gerard Durkin and Erin Durkin | 05cv9880 |
| Gertrudis Savage and Edward Savage | 05cv9951 |
| Milton Barnes and Bernice Barnes | 05cv9953 |
| Thomas Cozza and Shoron Cozza | 05cv9954 |
| Wilfredo Cruz and Maria R Cruz | 05cv9955 |
| Henry Grigorian and Pamela Grigorian | 05cv9956 |
| Anthony Martucci | 05cv9957 |
| Anita Rosato | 05cv9958 |
| Gary Theriault and Gina Theriault | 05cv9959 |
| Willam Favata | 114726/04 |

## SUPREME COURT OF THE STATE OF NEW YORK
## SUMMONSES WITH NOTICE:

| | |
|---|---|
| Yasmin Abarca, et al. | 115317/05 |
| Igbalija Rugovac, et ano | 115189/05 |
| Jaime Sosa | 115318/05 |
| Alfred Lent, et ano | 115190/05 |