HELLERSTEIN, J



RECEIVED
APR 0 4 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 100 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

**STIPULATION AND ORDER OF
DISMISSAL**

This order relates to:

06 CV 4702(AKH)
06 CV 1648(AKH)
06 CV 1033(AKH)
06 CV 4704(AKH)
05 CV 8220(AKH)
05 CV 10654(AKH)
05 CV 9826(AKH)
06 CV 2890(AKH)
06 CV 2891(AKH)
06 CV 2892(AKH)
06 CV 2883(AKH)
05 CV 10391(AKH)
05 CV 8221(AKH)
05 CV 9330(AKH)
05 CV 421(AKH)
05 CV 9821(AKH)
05 CV 10368(AKH)
06 CV 2814(AKH)
05 CV 10135(AKH)
06 CV 2220(AKH)
06 CV 2533(AKH)
05 CV 1048(AKH)
05 CV 9871(AKH)
05 CV 9686(AKH)
05 CV 10370(AKH)
06 CV 00124(AKH)
05 CV 10747(AKH)
06 CV 5323(AKH)
06 CV 1340(AKH)
06 CV 0066(AKH)
05 CV 8685(AKH)
06 CV 4377(AKH)
05 CV 8466(AKH)
05 CV 9639(AKH)

05 CV 9043(AKH)
05 CV 1683(AKH)
06 CV 2699(AKH)
05 CV 5258(AKH)
06 CV 1649(AKH)
05 CV 1607(AKH)
05 CV 8934(AKH)
06 CV 2528(AKH)
05 CV 9953(AKH)
05 CV 9872(AKH)
05 CV 8935(AKH)
06 CV 00133(AKH)
05 CV 1081(AKH)
05 CV 10373(AKH)
05 CV 10372(AKH)
04 CV 09082(AKH)
05 CV 9328(AKH)
05 CV 1424(AKH)
05 CV 1095(AKH)
05 CV 9827(AKH)
05 CV 9873(AKH)
05 CV 423(AKH)
05 CV 10691(AKH)
05 CV 1099(AKH)
06 CV 2521(AKH)
05 CV 8933(AKH)
05 CV 9046(AKH)
06 CV 2527(AKH)
05 CV 1101(AKH)
06 CV 1669(AKH)
05 CV 9044(AKH)
06 CV 2216(AKH)
06 CV 0065(AKH)
05 CV 8675(AKH)
05 CV 1075(AKH)
06 CV 3417(AKH)
05 CV 9874(AKH)
05 CV 10690(AKH)
06 CV 4740(AKH)
06 CV 4740(AKH)
05 CV 10657(AKH)
05 CV 1747(AKH)
05 CV 8941(AKH)
06 CV 1654(AKH)
06 CV 1099(AKH)

06 CV 3299(AKH)
05 CV 4277(AKH)
06 CV 2961(AKH)
05 CV 1763(AKH)
06 CV 2698(AKH)
05 CV 9630(AKH)
06 CV 4408(AKH)
05 CV 9876(AKH)
05 CV 9040(AKH)
06 CV 1650(AKH)
05 CV 1469(AKH)
05 CV 10656(AKH)
05 CV 9042(AKH)
05 CV 1504(AKH)
06 CV 2819(AKH)
05 CV 1473(AKH)
06 CV 647(AKH)
06 CV 0067(AKH)
05 CV 1100(AKH)
06 CV 1667(AKH)
06 CV 1890(AKH)
06 CV 0819(AKH)
05 CV 10743(AKH)
05 CV 10387(AKH)
05 CV 8937(AKH)
05 CV 10386(AKH)
06 CV 0060(AKH)
06 CV 1119(AKH)
04 CV 09846(AKH)
05 CV 10378(AKH)
05 CV 9039(AKH)
06 CV 2526(AKH)
06 CV 4383(AKH)
05 CV 1133(AKH)
05 CV 9629(AKH)
04 CV 9848(AKH)
06 CV 00130(AKH)
05 CV 2284(AKH)
05 CV 3801(AKH)
05 CV 1119(AKH)
06 CV 1117(AKH)
06 CV 2700(AKH)
05 CV 9877(AKH)
05 CV 9954(AKH)
06 CV 1668(AKH)

05 CV 9697(AKH)
05 CV 1760(AKH)
05 CV 9955(AKH)
05 CV 1123(AKH)
06 CV 0279(AKH)
05 CV 2496(AKH)
05 CV 8942(AKH)
05 CV 2866(AKH)
05 CV 8871(AKH)
05 CV 1495(AKH)
06 CV 1670(AKH)
06 CV 5090(AKH)
05 CV 8497(AKH)
06 CV 00129(AKH)
04 CV 8870(AKH)
06 CV 3880(AKH)
06 CV 3310(AKH)
06 CV 3419(AKH)
06 CV 4380(AKH)
06 CV 1118(AKH)
06 CV 2397(AKH)
06 CV 1656(AKH)
05 CV 9952(AKH)
05 CV 4335(AKH)
06 CV 1032(AKH)
05 CV 8676(AKH)
05 CV 8684(AKH)
06 CV 1118(AKH)
05 CV 10752(AKH)
05 CV 10365(AKH)
06 CV 3877(AKH)
05 CV 1517(AKH)
05 CV 1230(AKH)
06 CV 3311(AKH)
05 CV 8683(AKH)
05 CV 8877(AKH)
06 CV 3316(AKH)
05 CV 1497(AKH)
05 CV 418(AKH)
04 CV 9832(AKH)
05 CV 10366(AKH)
05 CV 1105(AKH)
06 CV 1122(AKH)
06 CV 4738(AKH)
06 CV 2524(AKH)

06 CV 3876(AKH)
05 CV 9880(AKH)
05 CV 9878(AKH)
06 CV 0821(AKH)
05 CV 10737(AKH)
06 CV 2080(AKH)
05 CV 1659(AKH)
06 CV 1657(AKH)
05 CV 8932(AKH)
07 CV 4356(AKH)
05 CV 1232(AKH)
06 CV 1891(AKH)
06 CV 1102(AKH)
05 CV 1225(AKH)
05 CV 1231(AKH)
05 CV 9338(AKH)
05 CV 1074(AKH)
04 CV 08867(AKH)
05 CV 8682(AKH)
06 CV 00127(AKH)
05 CV 1070(AKH)
05 CV 1660(AKH)
05 CV 1229(AKH)
06 CV 646(AKH)
05 CV 1080(AKH)
06 CV 3873(AKH)
05 CV 1245(AKH)
05 CV 9341(AKH)
06 CV 1785(AKH)
05 CV 9820(AKH)
05 CV 10367(AKH)
05 CV 10740(AKH)
06 CV 3422(AKH)
05 CV 8468(AKH)
06 CV 2218(AKH)
06 CV 2960(AKH)
05 CV 9879(AKH)
05 CV 8680(AKH)
05 CV 10739(AKH)
05 CV 4272(AKH)
05 CV 10363(AKH)
05 CV 9866(AKH)
06 CV 00128(AKH)
06 CV 2959(AKH)
06 CV 3232(AKH)

06 CV 3231(AKH)
05 CV 1107(AKH)
05 CV 10748(AKH)
05 CV 9696(AKH)
05 CV 2135(AKH)
06 CV 2285(AKH)
05 CV 8508(AKH)
06 CV 1787(AKH)
06 CV 3302(AKH)
05 CV 8879(AKH)
06 CV 4885(AKH)
05 CV 1437(AKH)
05 CV 2034(AKH)
06 CV 3849(AKH)
05 CV 9695(AKH)
05 CV 9956(AKH)
06 CV 3301(AKH)
05 CV 1111(AKH)
06 CV 2813(AKH)
06 CV 2884(AKH)
05 CV 9336(AKH)
05 CV 9331(AKH)
06 CV 4737(AKH)
05 CV 1724(AKH)
05 CV 10390(AKH)
05 CV 9862(AKH)
05 CV 9698(AKH)
05 CV 9628(AKH)
05 CV 409(AKH)
06 CV 2887(AKH)
05 CV 1471(AKH)
06 CV 1955(AKH)
06 CV 4407(AKH)
05 CV 9698(AKH)
06 CV 1662(AKH)
05 CV 1063(AKH)
05 CV 10392(AKH)
06 CV 3874(AKH)
05 CV 2501(AKH)
05 CV 9863(AKH)
05 CV 0844(AKH)
05 CV 1217(AKH)
05 CV 1215(AKH)
05 CV 1233(AKH)
05 CV 9401(AKH)

05 CV 1239(AKH)
05 CV 1238(AKH)
06 CV 1892(AKH)
05 CV 3714(AKH)
06 CV 3230(AKH)
05 CV 8685(AKH)
06 CV 00132(AKH)
06 CV 3875(AKH)
06 CV 995(AKH)
06 CV 0140(AKH)
05 CV 9627(AKH)
06 CV 0927(AKH)
04 CV 9853(AKH)
05 CV 3162(AKH)
05 CV 4275(AKH)
05 CV 1420(AKH)
05 CV 1068(AKH)
05 CV 1062(AKH)
05 CV 1485(AKH)
05 CV 1481(AKH)
05 CV 3304(AKH)
05 CV 1654(AKH)
05 CV 4242(AKH)
05 CV 10751(AKH)
05 CV 8678(AKH)
05 CV 10377(AKH)
05 CV 10388(AKH)
06 CV 1031(AKH)
06 CV 4736(AKH)
06 CV 2252(AKH)
05 CV 1240(AKH)
05 CV 4226(AKH)
06 CV 3879(AKH)
05 CV 1242(AKH)
06 CV 4376(AKH)
05 CV 1770(AKH)
05 CV 1275(AKH)
06 CV 3312(AKH)
05 CV 1619(AKH)
06 CV 3233(AKH)
05 CV 9333(AKH)
05 CV 9224(AKH)
06 CV 2816(AKH)
05 CV 407(AKH)
06 CV 1029(AKH)

06 CV 1480(AKH)
05 CV 1280(AKH)
05 CV 9332(AKH)
05 CV 1247(AKH)
06 CV 4379(AKH)
05 CV 1246(AKH)
05 CV 2497(AKH)
05 CV 9337(AKH)
05 CV 2498(AKH)
05 CV 1771(AKH)
06 CV 4735(AKH)
06 CV 00131(AKH)
05 CV 1782(AKH)
05 CV 1620(AKH)
05 CV 9038(AKH)
06 CV 4884(AKH)
06 CV 2523(AKH)
05 CV 1466(AKH)
05 CV 1694(AKH)
05 CV 0846(AKH)
06 CV 4378(AKH)
05 CV 1397(AKH)
05 CV 1401(AKH)
05 CV 1193(AKH)
05 CV 1609(AKH)
06 CV 1786(AKH)
06 CV 1661(AKH)
05 CV 8873(AKH)
06 CV 1100(AKH)
05 CV 1668(AKH)
05 CV 1188(AKH)
05 CV 1468(AKH)
05 CV 1071(AKH)
05 CV 9694(AKH)
05 CV 1476(AKH)
05 CV 1465(AKH)
05 CV 1614(AKH)
05 CV 1474(AKH)
04 CV 9842(AKH)
05 CV 9957(AKH)
05 CV 1650(AKH)
05 CV 8874(AKH)
05 CV 1795(AKH)
05 CV 1646(AKH)
06 CV 0061(AKH)

05 CV 1777(AKH)
05 CV 1187(AKH)
06 CV 3418(AKH)
05 CV 10389(AKH)
06 CV 3315(AKH)
05 CV 8507(AKH)
05 CV 1652(AKH)
05 CV 1276(AKH)
05 CV 8679(AKH)
05 CV 10374(AKH)
05 CV 1283(AKH)
05 CV 1190(AKH)
05 CV 1181(AKH)
05 CV 1066(AKH)
05 CV 1504(AKH)
05 CV 9864(AKH)
05 CV 4339(AKH)
06 CV 3236(AKH)
05 CV 10375(AKH)
06 CV 4746(AKH)
06 CV 3313(AKH)
05 CV 10750(AKH)
05 CV 9030(AKH)
05 CV 1691(AKH)
05 CV 1738(AKH)
06 CV 3309(AKH)
05 CV 9400(AKH)
06 CV 3314(AKH)
06 CV 2815(AKH)
05 CV 9865(AKH)
06 CV 2888(AKH)
05 CV 9037(AKH)
05 CV 10692(AKH)
05 CV 10738(AKH)
06 CV 2221(AKH)
06 CV 2217(AKH)
05 CV 1764(AKH)
05 CV 8931(AKH)
06 CV 2530(AKH)
05 CV 1213(AKH)
05 CV 1430(AKH)
06 CV 3233(AKH)
06 CV 1658(AKH)
05 CV 8541(AKH)
05 CV 0841(AKH)

05 CV 1248(AKH)
05 CV 9161(AKH)
05 CV 9633(AKH)
06 CV 1481(AKH)
05 CV 0841(AKH)
05 CV 9329(AKH)
05 CV 1717(AKH)
06 CV 2522(AKH)
06 CV 3420(AKH)
05 CV 1248(AKH)
05 CV 9867(AKH)
06 CV 1116(AKH)
06 CV 3237(AKH)
05 CV 9041(AKH)
05 CV 1428(AKH)
05 CV 9822(AKH)
06 CV 1659(AKH)
05 CV 1776(AKH)
06 CV 3932(AKH)
05 CV 1337(AKH)
05 CV 9829(AKH)
06 CV 4745(AKH)
05 CV 8686(AKH)
05 CV 1336(AKH)
06 CV 3317(AKH)
06 CV 2529(AKH)
06 CV 3416(AKH)
06 CV 4425(AKH)
05 CV 1417(AKH)
06 CV 1893(AKH)
05 CV 8876(AKH)
06 CV 4375(AKH)
05 CV 10741(AKH)
05 CV 9036(AKH)
05 CV 1786(AKH)
05 CV 1330(AKH)
06 CV 0064(AKH)
06 CV 1121(AKH)
05 CV 1327(AKH)
05 CV 2499(AKH)
06 CV 0818(AKH)
06 CV 2818(AKH)
06 CV 4744(AKH)
06 CV 2532(AKH)
06 CV 3850(AKH)

ROS:901787.1/CUS028-236874

05 CV 8939(AKH)
05 CV 9692(AKH)
05 CV 1417(AKH)
05 CV 1482(AKH)
05 CV 9631(AKH)
05 CV 1708(AKH)
06 CV 1341(AKH)
05 CV 10362(AKH)
06 CV 00126(AKH)
06 CV 3848(AKH)
05 CV 1479(AKH)
06 CV 1674(AKH)
05 CV 9340(AKH)
06 CV 1894(AKH)
05 CV 9035(AKH)
05 CV 10655(AKH)
05 CV 1478(AKH)
05 CV 9399(AKH)
05 CV 9034(AKH)
06 CV 2889(AKH)
06 CV 3847(AKH)
06 CV 0845(AKH)
05 CV 1638(AKH)
05 CV 4274(AKH)
05 CV 9958(AKH)
06 CV 00125(AKH)
05 CV 1644(AKH)
06 CV 2817(AKH)
06 CV 1028(AKH)
05 CV 1365(AKH)
05 CV 679(AKH)
06 CV 1651(AKH)
05 CV 1165(AKH)
06 CV 1660(AKH)
05 CV 9636(AKH)
05 CV 8505(AKH)
06 CV 4382(AKH)
05 CV 9828(AKH)
06 CV 2219(AKH)
05 CV 9951(AKH)
06 CV 1673(AKH)
05 CV 1362(AKH)
05 CV 9869(AKH)
06 CV 0068(AKH)
06 CV 1193(AKH)

ROS:901787.1/CUS028-236874

06 CV 0816(AKH)
05 CV 1641(AKH)
05 CV 9690(AKH)
06 CV 0817(AKH)
05 CV 9033(AKH)
06 CV 2531(AKH)
06 CV 2525(AKH)
05 CV 1789(AKH)
05 CV 10369(AKH)
05 CV 10749(AKH)
05 CV 8937(AKH)
05 CV 9397(AKH)
05 CV 1722(AKH)
06 CV 3845(AKH)
05 CV 8940(AKH)
05 CV 1209(AKH)
06 CV 2886(AKH)
05 CV 8677(AKH)
06 CV 2664(AKH)
05 CV 5030(AKH)
05 CV 1685(AKH)
05 CV 1271(AKH)
06 CV 1027(AKH)
05 CV 1523(AKH)
05 CV 9396(AKH)
06 CV 2287(AKH)
05 CV 1649(AKH)
05 CV 2495(AKH)
05 CV 9688(AKH)
05 CV 10376(AKH)
05 CV 4341(AKH)
06 CV 1672(AKH)
06 CV 0063(AKH)
05 CV 8506(AKH)
05 CV 4340(AKH)
06 CV 0996(AKH)
06 CV 2882(AKH)
06 CV 4743(AKH)
05 CV 9959(AKH)
05 CV 1331(AKH)
06 CV 4381(AKH)
04 CV 8300(AKH)
05 CV 9339(AKH)
05 CV 1483(AKH)
06 CV 3421(AKH)

06 CV 1675(AKH)
06 CV 1594(AKH)
06 CV 3846(AKH)
05 CV 1185(AKH)
06 CV 1647(AKH)
05 CV 1677(AKH)
05 CV 8509(AKH)
05 CV 1347(AKH)
06 CV 0070(AKH)
06 CV 0820(AKH)
05 CV 1338(AKH)
05 CV 10371(AKH)
05 CV 9637(AKH)
06 CV 645(AKH)
06 CV 2286(AKH)
06 CV 1652(AKH)
05 CV 1342(AKH)
06 CV 1120(AKH)
06 CV 997(AKH)
04 CV 4177(AKH)
06 CV 1676(AKH)
05 CV 7291(AKH)
05 CV 1505(AKH)
05 CV 1727(AKH)
05 CV 4442(AKH)
05 CV 1508(AKH)
05 CV 1494(AKH)
05 CV 2551(AKH)
05 CV 9870(AKH)
05 CV 9047(AKH)
05 CV 1427(AKH)
06 CV 0069(AKH)
05 CV 1332(AKH)
05 CV 1604(AKH)
05 CV 8467(AKH)
06 CV 2534(AKH)
06 CV 0123(AKH)
05 CV 9634(AKH)
06 CV 4742(AKH)
06 CV 0062(AKH)
06 CV 3304(AKH)
06 CV 1671(AKH)
05 CV 4217(AKH)
06 CV 1653(AKH)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled actions be, and the same hereby are discontinued without prejudice as against defendant, **CUSHMAN & WAKEFIELD, INC.** only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that **CUSHMAN & WAKEFIELD, INC.** is a proper party to these suits, plaintiff may reinstitute these actions without regards to the applicable statute of limitations, assuming said original actions were timely commenced, and in such instance this defendant shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated:        February 5, 2008
              New York, New York


By:  Frances B. Stella, Esq. (FS 3339)          By:   Christopher R. LoPalo, Esq. (CL-6466)
     Wolf, Block, Schorr & Solis-Cohen, LLP           Worby Groner Edelman &
     Attorneys for Defendants, Cushman &              Napoli Bern LLP
     Wakefield, Inc.                                  Attorneys for Plaintiff
     101 Eisenhower Parkway                           115 Broadway, 12th Floor
     Roseland, NJ 07068                               New York, New York 10006
     Tel: (973) 403-3149                              Tel: (212) 267-3700
     Fax: (973) 618-5549

**SO ORDERED:** 4/14/08


HON. ALVIN K. HELLERSTEIN